UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1874

JABARI ZAKIYA, formerly known as Douglas W.
Ross,

Plaintiff - Appellant,

versus

USA; BUREAU OF PRISONS; WILLIAM J. THOMPSON,
Warden; B. A. BLEDSOE, Warden; STEVEN M.
DEWALT, Warden,

Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Irene M. Keeley, Chief
District Judge. (CA-04-38-1-IMK)

Submitted: April 28, 2006          Decided: May 18, 2006

Before LUTTIG[*] and WILLIAMS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jabari Zakiya, Appellant Pro Se. Daniel W. Dickinson, Jr., OFFICE
OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia; Brian J.

---

[*]Judge Luttig was a member of the original panel but did not
participate in this decision. This opinion is filed by a quorum of
the panel pursuant to 28 U.S.C. § 46(d).

Sonfiled, UNITED STATES ATTORNEY'S OFFICE, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jabari Zakiya appeals the district court's orders dismissing his civil action and denying his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Zakiya v. United States, No. CA-04-38-1-IMK (N.D. W. Va. Mar. 18, 2005; July 6, 2005). We deny Zakiya's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED